# IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON GUNN,
Petitioner,
vs.
THE HONORABLE DAVID S. GIBSON,
JR., DISTRICT JUDGE, DEPT. L,
Respondent.

No. 79275

**FILED**

AUG 0 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original pro se petition for a writ of mandamus seeking an order directing the district court to dismiss two cases. Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding on the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRS 34.160; NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

19-33405

cc:     Hon. David S. Gibson, Jr., District Judge
        Jason Gunn
        Attorney General/Carson City
        Eighth District Court Clerk